**No. 10-611. Stanley Logan, Petitioner v. Janet Napolitano, Secretary of Homeland Security, et al.**

562 U.S. 1110, 131 S. Ct. 837, 178 L. Ed. 2d 560, 2010 U.S. LEXIS 9644.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 376 Fed. Appx. 660.

**No. 10-615. Luxpro Corporation, Petitioner v. Apple, Inc., fka Apple Computer, Inc.**

562 U.S. 1110, 131 S. Ct. 838, 178 L. Ed. 2d 560, 2010 U.S. LEXIS 9727.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 602 F.3d 909.

**No. 10-636. Leslie Dewayne Allen, Petitioner v. United States.**

562 U.S. 1110, 131 S. Ct. 841, 178 L. Ed. 2d 560, 2010 U.S. LEXIS 9801.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 619 F.3d 518.

**No. 10-5119. Lester Erwin Carroll, IV, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1110, 131 S. Ct. 819, 178 L. Ed. 2d 560, 2010 U.S. LEXIS 9762.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5165. Dustin William Sparks, Petitioner v. California.**

562 U.S. 1111, 131 S. Ct. 819, 178 L. Ed. 2d 560, 2010 U.S. LEXIS 9679.

December 13, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 48 Cal. 4th 1, 104 Cal. Rptr. 3d 764, 224 P.3d 86.

**No. 10-5208. Jerry Marshall, Jr., Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.**

562 U.S. 1111, 131 S. Ct. 819, 178 L. Ed. 2d 560, 2010 U.S. LEXIS 9691.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5371. Manuel Brown, Petitioner v. United States.**

562 U.S. 1111, 131 S. Ct. 819, 178 L. Ed. 2d 560, 2010 U.S. LEXIS 9811.

December 13, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 979 A.2d 630.